# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD DOUGLAS EBY,
Petitioner,
vs.
CARSON SHERIFF; AND THE FIRST
JUDICIAL DISTRICT COURT OF THE
STATE OF NEVADA, IN AND FOR THE
COUNTY OF CARSON CITY,
Respondents.

No. 81450

**FILED**

JUL 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on July 13, 2020, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days without leave to proceed in forma pauperis would result in the dismissal of this petition. To date, petitioner has not paid the filing fee. Accordingly, this petition is dismissed.

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Donald Douglas Eby
       Carson City District Attorney
       Carson City Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

---

[1] In light of this order, the motion filed on July 23, 2020, is moot.

20-27610